JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON R. HAYNES, JR., | Case No. ED CV 19-1276-DMG (JC) |
| Plaintiff, | JUDGMENT |
| v. | |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: September 16, 2020

_____
HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE